IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | CASE NO.: 7:18-CR-21 (WLS-TQL) |
| TOKESHA BAILEY, : | |
| : | |
| Defendant. : | |
| : | |

### ORDER

Before the Court is Defendant's Motion to Modify Hearing (Doc. 203), filed on December 2, 2024. Therein, Defense Counsel requests that the hearing regarding the revocation of Defendant's supervised release, currently scheduled for Wednesday, December 4, 2024, at 3:00 P.M. at the Albany Courthouse, be reset for an earlier time that same day. Defense Counsel states that he will be traveling to an advocacy workshop on the afternoon of December 4, 2024, and requests that the Court reset the hearing from 3:00 P.M. to 1:00 P.M. Counsel also notes that he has conferred with counsel for the Government, and that the Government does not oppose altering the start time of the hearing.

For good cause, Defendant's Motion to Modify Hearing (Doc. 203) is **GRANTED**. The revocation hearing in the above-captioned case is hereby **RESET** to **Wednesday, December 4, 2024**, **at 1:00 P.M.** at the **Albany Courthouse.**

**SO ORDERED**, this 3rd day of December 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**